IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JORGE ALVARADO AND MARTHA ALVARADO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-cv-00434-FM |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § | |
| Defendant. | | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiffs Jorge Alvarado and Martha Alvarado and Defendant Allstate Vehicle and Property Insurance Company file this their Agreed Motion for Dismissal with Prejudice and would respectfully show unto the Court the following:

**I.**

Plaintiffs and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved.  Plaintiffs no longer desire to prosecute this suit against Defendants.  The intent of this Agreed Motion for Dismissal is to dismiss all Defendants from this cause of action whether or not specifically referred to herein.

**II.**

Plaintiffs and Defendant move this Court to dismiss this case with prejudice as to all Defendants, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiffs and Defendant respectfully request the Court enter their Agreed Order of Dismissal with Prejudice as to Plaintiffs' right to refile same.

2739084v1
03646.824

Respectfully submitted,

*/s/ Christobal M. Galindo* *
Christobal M. Galindo
Texas Bar No. 24026128
Richard Paxton
Texas Bar No. 24000558
Christobal M. Galindo, PC
4151 Southwest Freeway, Suite 602
Houston, TX 77027
(713) 228-3030
(713) 228-3003
StormCase@galindolaw.com
Rpaxton@galindolaw.com


*** signed with permission*

**ATTORNEY FOR PLAINTIFFS**


*/s/ Roger D. Higgins*
Roger D. Higgins
State Bar No. 09601500
Ashley B. Stainton
State Bar No. 24095731
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy:    (214) 871-8209
rhiggins@thompsoncoe.com
astainton@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 22, 2017, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure:

Christobal M. Galindo
Richard Paxton
Christobal M. Galindo, PC
4151 Southwest Freeway, Suite 602
Houston, TX 77027
(713) 228-3030
(713) 228-3003
StormCase@galindolaw.com
Rpaxton@galindolaw.com

                                          */s/ Ashley Stainton*
                                          Ashley B. Stainton