IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JORGE ALVARADO AND MARTHA ALVARADO, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-16-CV-00434-FM |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § § § | |

## ORDER GRANTING AGREED MOTION FOR DISMISSAL WITH PREJUDICE

On this day, the court considered the "Agreed Motion for Dismissal with Prejudice" ("Motion") [ECF No. 17], filed September 22, 2017. The parties stipulate to the dismissal of this action as the "matters in controversy between them have been fully and finally resolved."[1] The parties further agree to bear their own costs.[2] Accordingly, the court enters the following orders:

1. The court **GRANTS** the "Agreed Motion for Dismissal with Prejudice" [ECF No. 17].

2. The court **DISMISSES** with prejudice the above-captioned cause pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. All parties **SHALL** bear their own costs.

4. All pending motions in this cause, if any, are **DENIED AS MOOT**.

5. The court **INSTRUCTS** the Clerk of the Court to **CLOSE** the case.

**SO ORDERED.**

SIGNED this **25th** day of **September, 2017.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] Mot. 1.

[2] Id.